UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY MYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-00375-SRC |
| ) | |
| THE UNITED FOOD & ) | |
| COMMERCIAL WORKERS ) | |
| INTERNATIONAL UNION, LOCAL ) | |
| 655, ) | |
| ) | |
| Defendant. ) | |

## Memorandum and Order

The Court denies the parties' [20] Joint Motion for a Protective Order without prejudice. The parties attempt to stipulate that "[i]f a party intends to file a document containing confidential information with the Court, this Protective Order grants leave to make such filing under seal in compliance with Local Rule 13.05(A) and/or the Case Management/Electronic Case Filing Procedures Manual." Doc. 20-1 at ¶ 11. This ambiguous phrasing could justify automatic sealing solely on the basis of the protective order, in violation of Local Rule 13.05(A) and the undersigned's Judge's Requirements. All protective orders must comply with the Local Rules and the undersigned's Judge's Requirements.

So ordered this 26th day of August 2024.

*SLR.CR*

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE